IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | | |
|---|---|---|
| MARK HOTSINPILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: 2:13-CV-00100 |
| | ) | |
| SALLIE MAE, INC., | ) | Judge Kevin H. Sharp |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Come now Plaintiff, Mark Hotsinpiller, by and through his counsel of record, McNulty & Associates, and Defendant, Sallie Mae, Inc., by and through its counsel of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and hereby stipulate to dismissal of the action, without prejudice, in favor of arbitration.

The grounds for the Stipulation are that the Signature Student Loan Promissory Note signed by Plaintiff on August 13, 2007, underlying the action, contains an arbitration agreement, and the parties have agreed to arbitration thereunder.

IT IS ACCORDINGLY ORDERED that the suit filed by Plaintiff Mark Hotsinspiller against Defendant Sallie Mae, Inc. in the above-captioned case is hereby dismissed without prejudice.

Entered this "44pf "f c{ "qh"P qxgo dgt."42350

_____
**U.S. DISTRICT JUDGE KEVIN H. SHARP**

**APPROVED FOR ENTRY:**

*s/ Michael McNulty* (by CSW w/ permission)
Michael McNulty, Esq. (BPR# 25974)
McNulty & Associates, PLLC
211 Printers Alley, Suite 400
Nashville, TN 37201
Telephone: (615) 829-8250
Facsimile: (615) 346-5208
michael@mcnultyassociatestn.com

**ATTORNEYS FOR PLAINTIFFS**

*s/ Charlotte S. Wolfe*
Charlotte S. Wolfe (BPR# 027765)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: (615) 254-900
Facsimile: (615) 254-1908
charlotte.wolfe@ogeltreedeakins.com

**ATTORNEYS FOR DEFENDANT**

16464340.1